**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHALEAH RAINES,<br><br>    Plaintiff,<br><br>  v.<br><br>GARTNER STUDIOS, LLC,<br><br>    Defendant. | Civil Action |

> Dismissal with prejudice acknowledged [10]. The Clerk is directed to close this case.
>
> *Matthew P. Brookman*
>
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: November 17, 2025

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.    Whereas Plaintiff Shaleah Raines filed the above-referenced case against Defendant Gartner Studios, LLC, on August 22, 2025.

2.    Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.    Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: November 13, 2025          Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiff*